IN THE UNITED STATES Southern DISTRICT Courts Eastern Division

**SOUTHERN DISTRICT OF MISSISSIPPI**
**FILED**
**MAR 01 2023**
**ARTHUR JOHNSTON**
BY _____ DEPUTY

DartAgnan Alford

V

Jason Godwin, Nurse Carol Johnson
Indvusually capcity, punitive

Cause # 2:23-cv-34-TBM-RPM

## 42 USC 1983 Lawsuit

Comes now Before this Honorble Court DartAgnan Alford Own this day febuary 25, 2023. under F.R.CI.Pr Rule 5.2(6)(H) Rule 3, A civil Action is commenced by filing a complaint with the court.

Alford is filing Action prose IFP, Indigent [See Haines 404 U.S. At 520 92.S. CT AT 595-96] where A Plantiff Appears [Prose] courts must Construe his Pleadings liberally and Afford the Plantiff benift of the Doubt.

## Brief

Alford under the Prison Ligton Reform Act Has exhausted ALL Remedys This is The Grivence ID's own 3 Grivences an Dates

A: 11-16-22 Denhst ID# 3711271   Request Grivence full
B: 1-17-2023 Liver DR ID# 3477419   Request Grivence full
C: 02-09-2023 Denhst ID# 3537144   Request Grivence full
D: 02/06/2023 Liver DR ID# 598367   Grivence

Estelle v Gamble 429 U.S. 97(76) # Prisons Health and Medical Care Government has [obligation to provide medical care for those whom it is punshing by incarseration U.S.C.A Const Amm 8th MS Const article 3 & 28

Alford thru this 83 Action will provide Evidence of USCA 8th 5th 14th violations of Due Process, MS article 3 14, 28 wich Runs paralle to each other pursuiant to this Action

Both Ettitys in this Action has showed deliberate Indiffrence wich is 8th USCA and or MS Const 3 & 28 Runs paralle each other.

On the Kiosk 2020 Revised Jones County Hend Book section Hygene clearly states that upon incarseration all medical or Dental needs will Be met thru the jail. Also upon Incarseration if a serious medical needs or to Be met to immeditly let proper Authoritys Know.

Alford has filed the Grivences thru J.C.J. process upon his Liver wich met the Inmates care provider Insurance. The Dental Grivences was made to policy an Procdure set by MRS Alford. Alford was took to one Appoinment never went inside cause the Dental Care said it had be paid up front.

Alford Resheccdled Liver an Dental App to no Avail. See Grivences ID's A-D.

Estelle v Gamble [8] civil rights Delibrate indifference to A serious medical needs of prisoners constitues unneccesry and wanten inflicten of pain proscribed by 8th Amm whether indifference is manifested By Prison DRS in Response to prisnor Needs, or by prison guards intentionally

See page phm This is same standard of Reckleness used in criminal court

Ch 2 Cond of confinments pg 147 when prisoners challenge institutional polices practices inadquite facilities Rather in visual misconduct prison staff courts found the delibrate Indifference Be found Repeated examples of neglegent act wich disclose a Pattern of conduct Sysmatic Gross Deficiency in staffing facilities

Ch 2 phm cond and conf. pg14 If you can show the officals disregard a risk that was obivous the court should not Grant summary Judgment and have right to trial A defendant Need not Know the Precise Nature of A risk to Be found Delibrtly Diffrent as long He/she know Risk

Lee v Whashington 390 US 333 333-34 (1960) prisoners Retain right equal protection of law

## Relief sought

Alford under 28 USC 1915 PLRA of 1996 has exhausted All Remedys and is filing in visually cupcity punitive, for All pro Se Attorney fees at 1000.00 Hour and for the Sum of 500,000 fee. Alford prays for Granted Relief.

Name: D'Artagnan Alford
Date: 2/24/23
Adress: JCJ

Certificate of service

I DarTagnan Alford has mailed this thru Jones Co Jail via 1st class postage Prepaid via USPS To 2-27-23

U.S. D.C.C.
Aruthor Johnston
701 main St 200B
Hattsbugh MS 39441

from: Dartagan Alford 2011060283#
Jones County Jail 5178 Hwy 11 Nth
Ellisville MS 39437