# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**DARTAGNAN ALFORD**     **PLAINTIFF**

v.     **CIVIL ACTION NO. 2:23-cv-00034-TBM-RPM**

**NURSE CAROL JOHNSON**, *et al.*     **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court *sua sponte* for consideration of dismissal. Pursuant to the Memorandum Opinion and Order of Dismissal issued this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that this cause is **DISMISSED WITHOUT PREJUDICE** for failure to obey the Court's Orders and to prosecute.

**SO ORDERED AND ADJUDGED**, this the 30th day of November, 2023.

_____
**TAYLOR B. McNEEL**
**UNITED STATES DISTRICT JUDGE**